IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANDRA HERZWURM, as Executor of THE ESTATE OF WILLIAM ROBINSON HUDSON, <br><br> Plaintiff, <br><br> v. <br><br> THE KROGER CO., <br><br> Defendant. | Civil Action File No. <br><br> _____ <br><br> Removed from Cobb County State Court, Civil Action No. 22-A-2088 |

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant The Kroger Co. ("Defendant"), and by and through undersigned counsel of record shows this Honorable Court the following:

1.

This action was filed in the State Court of Cobb County, Georgia, said county being part of the Northern District of Georgia. NDGa. LR 3.1(A), LR App. A, I. This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

Plaintiff's *Complaint for Damages* seeks to recover for the wrongful death of William Robinson Hudson. Plaintiff seeks economic and non-economic

damages for the full value of Mr. Hudson's life, plus damages for contended pre-death conscious pain and suffering, medical bills, funeral expenses, punitive damages and attorney fees. A true and correct copy of all process, pleadings, and orders served upon Defendant in this action is attached hereto as Exhibit "A."

3.

Pursuant to 28 USC §1332, this Court has original jurisdiction of this case.

4.

The matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, as evidenced by the contentions of wrongful death and pre-death pain and suffering, along with claims for same and for punitive damages and attorney fees, as set forth in the attached lawsuit filed by Plaintiff.

5.

(a)     At the time of the commencement of this action in State Court, upon information and belief, and according to Plaintiff's *Complaint for Damages*, Plaintiff, was and is now, a citizen of Georgia.

(b)     Defendant at the time the action was commenced and at the present time, was and still is a corporation, incorporated and existing under and by virtue of the laws of Ohio having its principal place of business in Ohio, and a citizen of Ohio.

6.

Pursuant to 28 U.S.C. § 1441, this case is removable from state court to this federal court.

7.

Venue at this time is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1441, 1391, and 90(a)(4); *see also* N.D.G.A. Local Rules LR 3.1(B)(1)(a) and LR App. A, I.

8.

As required by 28 U.S.C. § 1446(d), Defendant shall give written notice hereof to all adverse parties and shall file a copy of this *Notice of Removal* with the Clerk of the Superior Court of Gwinnett County, Georgia.

9.

The instant *Notice of Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)(1).

10.

Furthermore, the instant *Notice of Removal* is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the above-styled civil action.

WHEREFORE, Defendant requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this 29th day of July, 2022.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-1054
Facsimile:  (404) 870-7374
Email:       mmoffett@grsmb.com
             cjarman@grsmb.com

*/s/ Camille Jarman*
Matthew G. Moffett
Georgia Bar No. 515323
Camille N. Jarman
Georgia Bar No. 600736
*Attorneys for The Kroger Co.*

## CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned filed **Defendant's Notice of Removal** with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

**Cynthia Matthews Daley, Esq.**
**Jonathan R. Brockman, P.C.**
**128 Newnan Street**
**Carrollton, GA 30117**

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 29th day of July, 2022.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Camille Jarman* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Camille N. Jarman |
| Telephone: (404) 870-1054 | Georgia Bar No. 600736 |
| Facsimile: (404) 870-7374 | *Attorneys for The Kroger Co.* |
| Email:       mmoffett@grsmb.com | |
| cjarman@grsmb.com | |